THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESTER VAN PELT and MARGARET ZSUFFE, Appellants.— Motion for enlargement of time granted upon condition that the appellant perfect the appeal for the November term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL WEISER, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the December term, and case ordered on the calendar for Monday, December 7, 1931. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHAN ADELMAN, Respondent, v. HENRY L. CONNELL and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term· (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Information of WILLIAM J. SCHMIDT, Respondent, v. THE HERTZ DRIVURSELF STATIONS, INC., a Corporation, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the December term, and case ordered on the calendar for Monday, December 7, 1931. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

BARBARA REYNOLDS, Respondent, v. HENRY W. VALENTINE, JR., Appellant.— Motion to stay execution of judgment granted upon condition that within five days from the entry of the order herein appellant file an undertaking with corporate surety sufficient to secure payment of the judgment and costs in the event that the order be affirmed; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

LUIZ RODRIGUES, Respondent, v. STOBIN CONSTRUCTION CO., INC., and SOL POSTREL, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

PHILIP ROTHMAN, Respondent, v. GOLDSTEIN-FISHER CO., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

SEAVIEW GARAGES, INC., Respondent, v. CLARA H. VITALE, Appellant.— Motion for enlargement to [of] time denied, without costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.